# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY LYNN LEWIS,<br><br>Petitioner,<br>v.<br>I. BACA et. al.,<br><br>Respondents. | Case No. 3:14-cv-00525-MMD-VPC<br><br>ORDER |

Petitioner having submitted a motion to voluntarily dismiss petition for writ of habeas corpus (dkt. no. 16), and good cause appearing, it is therefore ordered that petitioner's motion to voluntarily dismiss petition for writ of habeas corpus (dkt. no. 16) is granted. This action is dismissed. The Clerk of the Court shall enter judgment accordingly and close this action.

DATED THIS 5th day of October 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE